**James D. SIMS, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2008–7082.

United States Court of Appeals,
Federal Circuit.

Dec. 12, 2008.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Hillary A. Stern, Department of Justice, Washington, DC, for Respondent–Appellee.

tice of this court to dismiss with or without prejudice.

ON MOTION

*ORDER*

Upon consideration of James D. Sims' motions for reconsideration of the court's order dismissing his appeal for failure to file the joint appendix, and for leave to file a reply brief and the joint appendix out of time,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted. The mandate is recalled, the dismissal order is vacated, and the case is reinstated.

(2) The motion for leave to file out of time is granted. The reply brief and joint appendix, if they have not already been filed, are due within 14 days of the date of filing of this order.